UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CLIFFORD ECHOLS,

    Plaintiff,

  v.

OHIO STATE BAR ASSOCIATION,

    Defendant.

Case No. 2:25-cv-673
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

    This matter is before the Court on the Report and Recommendation issued by the Magistrate Judge on June 23, 2025. (R&R, ECF No. 2.) The Magistrate Judge granted Plaintiff Clifford Echols' request to proceed *in forma pauperis*. (*Id*.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge also recommended that the Court: 1) dismiss Mr. Echols' federal claims for failure to state a claim upon which relief may be granted; and 2) decline to exercise supplemental jurisdiction over his remaining state law claims and that it dismiss any such claims without prejudice to re-filing in state court. (*Id*.) The time for filing objections has now passed and no objections were filed.

    The Report and Recommendation is **ADOPTED** and **AFFIRMED**. Mr. Echols' federal claims are **DISMISSED**, and his state-law claims are **DISMISSED without prejudice** to refiling in state court. The Clerk is **DIRECTED** to **TERMINATE** this case.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**